

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LETICIA JOY ARCINIEGA,<br><br>    Debtor.<br>_____<br><br>LETICIA JOY ARCINIEGA,<br><br>    Defendant-Appellant,<br>v.<br><br>JAMES CLARK,<br><br>    Plaintiff-Appellee. | Case No. 5:23-CV-00301-JLS<br><br>Adv. Case No. 6:11-AP-01735-SY<br><br>BK Case No. 6:11-BK-15412-SY<br><br>**JUDGMENT** |

    Judgment is hereby entered in accordance with this Court's November 28, 2023 Order Affirming in Part and Reversing in Part Bankruptcy Court Order.

    DATED:  November 28, 2023

                                    CLERK, UNITED STATES DISTRICT COURT

                                         /s/ Gabriela Garcia
                                       Gabriela Garcia, Deputy Clerk

CC: BANKRUPTCY COURT